CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Ignacio Tapia-Moreno**<br>DOB: xx/xx/1980; Mexican Citizen<br>**Cruz Margarita Sanchez-Avitia**<br>DOB: xx/xx/1971; Mexican Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>**13-06047M** |
| Complaint for violation of Title  8 | United States Codes §1324(a)(1)(A)(v)(I),<br>1324(a)(1)(A)(ii), and 1324(a)(1)(B)(i) |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about March 1, 2013, at or near Whetstone, in the District of Arizona, **Ignacio Tapia-Moreno** and **Cruz Margarita Sanchez-Avitia**, named herein as defendants and co-conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with other persons known and unknown to transport certain illegal aliens, J. O.-C., DOB: 2003, C. Y. O., DOB: 2005, and A. M.-M., DOB: 2009, and move said aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of private financial gain; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii), and 1324(a)(1)(B)(i).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On March 1, 2013, **Ignacio Tapia-Moreno**, driver and registered owner of a 2005 Ford Expedition and **Cruz Margarita Sanchez-Avitia**, the passenger, entered the Border Patrol checkpoint at SR 90 in Whetstone, Arizona. **Tapia-Moreno** presented identification documents for all occupants of the vehicle, to include his children's birth certificates with the names of, C. T., DOB: 2001, C. T., DOB: 2004, and C. T-A., DOB: 2008. During the immigration inspection, it was determined that these documents were used as imposter documents the three children present in the car.  After *Miranda* advisement, **Tapia** and **Sanchez-Avitia** admitted having prior knowledge that the minor children in their vehicle were recently smuggled into the United States, without any immigration documents allowing them to enter, pass through, or remain legally. **Tapia** and **Sanchez-Avitia** admitted to having used their children's birth certificates to conceal the fact the aforementioned juveniles were illegally present in the United States. **Tapia** stated that **Sanchez-Avitia** typically receives $500.00 per child smuggled and he receives $100.00 for driving during each smuggling event. **Tapia** admitted that he had assisted **Sanchez-Avitia** in smuggling children on ten prior occasions. **Sancehz-Avitia** admitted that she has smuggling approximately 36 children in the past year and a half and typically receives $500.00 per child.  J. O-C., DOB: 2003, C. Y. O., DOB: 2005, and A. M.-M., DOB: 2009, were identified as Mexican and a Honduran citizens, present in the United States illegally.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| Detention Requested<br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br>AUTHORIZED BY:  AUSA DPF *[signature]* | SIGNATURE OF COMPLAINANT<br>*[signature]*<br>OFFICIAL TITLE<br>ICE S/A |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1)]<br>*[signature]* | DATE<br>March 4, 2012 |

[1)] See Federal rules of Criminal Procedure Rules 3 and 5